IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MLM, A MINOR, BY AND THROUGH
HER CONSERVATOR, THE MIDWEST
TRUST COMPANY OF MISSOURI

      Plaintiffs,
v.            Case No. 06-2411 JWL

SALINA REGIONAL HEALTH
CENTER, INC.

 and

LISA GARD, MD
         Defendants.

## ORDER EXTENDING CERTAIN DISCOVERY DEADLINES

NOW on this 8th day of November, 2007, the Court grants the parties' Agreed Motion to Extend Certain Discovery Deadlines as a result of the parties' agreement that no dispositive motions will be filed in this matter and therefore extends the following discovery deadlines:

1. Discovery cut-off is extended to January 31, 2008.

2. The Final Pretrial Conference now scheduled for November 19, 2007 will be continued to February 6, 2008 at 10 a.m.

3. The deadline to file motions challenging the admissibility of expert testimony is continued to February 15, 2008.

4. All other deadlines and settings set forth in the Scheduling Order filed herein on January 18, 2007, shall remain in force and effect.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 13th day of November, 2007.

                s/ David J. Waxse
                David J. Waxse
                United States Magistrate Judge

APPROVED BY:

THE POTTS LAW FIRM, LLC
715 May Street, Suite 100
Kansas City, MO  64105
(816) 931-2230
dpotts@potts-law.com

By: /s/ Timothy L. Sifers
    Derek H. Potts, #18033
    Timothy L. Sifers, #19922
    *Attorneys for Plaintiffs*


MARTIN, PRINGLE, OLIVER
 WALLACE & BAUER, LLP
100 N. Broadway, Suite 500
Wichita, KS  67202
(316) 265-9311
dswooding@martinpringle.com

By: /s/ David S. Wooding
    David S. Wooding, # 10781
    *Attorneys for Defendant Lisa Gard, M.D.*


CLARK, MIZE & LINVILLE, CHARTERED
129 S. 8th Street, P.O. Box 380
Salina, KS  67402-0380
(785) 823-6325
jwmize@cml-law.com

By: /s/ Peter S. Johnston
    John W. Mize, #8923
    Peter S. Johnston, #18938
    *Attorneys for Defendant Salina Regional Health Center*